Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
2512 SE 25th Ave., Suite 304
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

*Attorney for Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

**MARION COUNTY,** a Political Subdivision of the State of Oregon,

Plaintiffs

v.

**U.S. ARMY CORPS OF ENGINEERS, DANIEL P. DRISCOLL,** in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers**,**

Defendants.

**Case No. 6:26-cv-956-MC**

**DECLARATION OF JENNIFER FAIRBROTHER**

# DECLARATION OF JENNIFER FAIRBROTHER

I, Jennifer Fairbrother, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts.

2. I am employed by the Native Fish Society. I was hired in January 2018 as the organization's Campaign & Columbia Regional Director, served as Conservation Director beginning in January 2020, and currently serve as Legislative & Policy Director since January 2024. In these positions I have been a lead staff member on Native Fish Society's work in the Willamette River Basin, with a particular focus on recovering threatened spring Chinook salmon and winter steelhead in the Upper Willamette River (UWR). Through my employment and my participation in the organization's programs, I have personal knowledge of Native Fish Society's mission, values, membership, and conservation work, including the work described below.

3. I am also a member of the Native Fish Society and have been for several years. I am a resident of Clackamas County near the town of Canby, Oregon, and have been a resident of Oregon since 1986, having grown up near the town of Philomath, Oregon.

4. The Native Fish Society is a 501(c)(3) non-profit organization whose mission is to advocate for the recovery of wild, native fish and to promote the stewardship of the habitats that sustain them. We envision a Pacific Northwest abundant in wild fish, free-flowing rivers, and thriving local communities.

5. Our work is guided by the following values:

   a. Wild, native fish are a keystone species. They are uniquely entwined in a natural relationship with people and wildlife. Their wellbeing and success affect us all.

b. Wild is our common ground. Anglers, conservationists, naturalists, outdoor enthusiasts, educators, scientists, policymakers, and traditionally underrepresented communities all have an important role to play in the future of wild fish.

c. We are keepers of the wild. The Native Fish Society forges lasting relationships to educate, inspire, and mobilize all people to take action on behalf of fish, their homewaters, and local communities.

d. Our motivations are urgent, but our views are long. Science-based knowledge and cultural wisdom inform our strategies to ensure the complex lifecycle of wild fish continues for generations to come.

6. By focusing on the importance of native fish, our staff, volunteers, members, and River Stewards work collaboratively with partners across the region to improve the health and resilience of Northwest communities, landscapes, and rivers.

7. The Native Fish Society has approximately 20,000 members and supporters and 44 active River Stewards across the Pacific Northwest. Most of our members, conservation campaigns, and staff are based in Oregon.

8. Our members, supporters, and River Stewards use the rivers of the UWR Basin — including the North Santiam River and the waters above and below Detroit Dam — for fishing, boating, swimming, wildlife viewing, scientific study, education, aesthetic, recreational, and spiritual enjoyment. The Native Fish Society has one North Santiam River Steward who engages in habitat restoration, spawning surveys for UWR steelhead, and invasive plant removal. The continued decline of wild UWR salmon and steelhead in these waters, and the dam operations that drive that decline, directly harm our members' use and enjoyment of these rivers.

9. Since joining the Native Fish Society, I have come to understand just how imperiled wild spring Chinook salmon and winter steelhead are in the UWR. I track the status and trends of these populations by reviewing historic and current fish counts at Willamette Falls and by reviewing field research and surveys, much of it collected on behalf of the U.S. Army Corps of Engineers (Corps). At less than one percent of their historic abundance, the wild, native salmon and steelhead of the UWR are, in my view, on the verge of extinction.

10. Based on reviewing research and surveys in the basin, attending the annual Upper Willamette River Science Review hosted by the Corps, and discussions with state and federal fisheries biologists and managers, I understand that the root cause of the continued decline of these fish is the ongoing operation of federally owned dams, including Detroit, Big Cliff, and other Willamette Valley Project dams. The lack of effective downstream passage at these dams impedes the migration and survival of juvenile salmonids. As we have seen at Fall Creek Dam, the drawdown of a reservoir can have a significant positive effect on increasing juvenile passage and survival and the adult returns that follow.[1]

11. The interests at stake in this case fall squarely within the Native Fish Society's mission. This case concerns the operation of federal dams in the UWR Basin designed to improve the conservation and recovery of imperiled wild fish. Core to this effort are measures to improve downstream passage for juvenile fish. Recovering wild, native salmon and steelhead and securing effective fish passage at these dams is the core of the work I and the Native Fish Society have pursued in this basin for years.

---

[1] Amy C. Hansen, Tobias J. Kock & Gabriel S. Hansen, *Synthesis of Downstream Fish Passage Information at Projects Owned by the U.S. Army Corps of Engineers in the Willamette River Basin, Oregon* (2017), https://doi.org/10.3133/ofr20171101; Christina A. Murphy et al., *Short-term Reservoir Draining to Streambed for Juvenile Salmon Passage and Non-native Fish Removal*, 12 Ecohydrology e2096 (2019), https://doi.org/10.1002/eco.2096.

12. The Native Fish Society has a long history of advocating for the protection and recovery of spring Chinook salmon and winter steelhead in Oregon's Upper Willamette River Basin. Our staff, River Stewards, members, supporters, and volunteers engage in a variety of efforts aimed at recovering these fish: participating in public processes, leading educational events, engaging with public agencies including the Oregon Department of Fish and Wildlife, the Corps, and the National Marine Fisheries Service, partnering with local, regional, and national nonprofit organizations, and pursuing state and federal legislative strategies.

13. Along with this work, the Native Fish Society has participated in the Corps' regulatory processes under the National Environmental Policy Act for plans and projects in the UWR. This includes the Willamette Basin Review regarding the reallocation of storage water, the Cougar Dam and Reservoir Downstream Fish Passage Project, the Detroit Dam and Lake Downstream Passage Project, the Upper Willamette Hatchery Genetic Management Plans, and the Willamette Valley System Operations and Maintenance Plan, including the associated Draft Environmental Impact Statement, Final Environmental Impact Statement, and Supplemental Environmental Impact Statement (SEIS). We have submitted written and verbal comments, informed our members and the public, issued action alerts, attended public meetings, and hosted events around these projects and our efforts to reform dam operations in order to recover UWR salmon and steelhead.

14. Throughout these processes, the Native Fish Society has consistently advocated for the operational measures that give ESA-listed fish effective downstream passage past these dams, including deep reservoir drawdowns for volitional passage. We have supported the deep drawdown at Detroit Dam as a necessary measure to move juvenile spring Chinook downstream, consistent with the operations we litigated to secure in *Northwest Environmental Defense Center*

*et al. v. U.S. Army Corps of Engineers et al.*, Case No. 3:18-cv-00437-HZ (D. Or.) ("*NEDC v. USACE*") and the operations the 2024 Biological Opinion requires. We submitted comments to this effect on January 12, 2026 during the public comment period for the draft SEIS.

15. The Native Fish Society was a plaintiff in *NEDC v. USACE*. In that case we, together with our co-plaintiffs, challenged the Corps' failure to implement measures required under the Endangered Species Act (ESA) to protect ESA-listed UWR spring Chinook salmon and winter steelhead. The court found the Corps had failed to implement required measures and, on September 1, 2021, issued an interim injunction requiring the Corps to undertake specified fish-passage and water-quality operations at several Willamette Valley Project dams. Notably, Marion County and the City of Salem participated in that case as defendant-intervenors aligned with the Corps.

16. The deep drawdown of Detroit Reservoir is not a discretionary measure. It is required by the operative Biological Opinion issued by the National Marine Fisheries Service on December 26, 2024 for operation of the Willamette Valley System (WVS), and adopted in the Corps' ROD on June 23, 2026 for the WVS operation and maintenance plan. The drawdown is among the measures required to provide juvenile UWR spring Chinook salmon effective downstream passage past Detroit Dam and into the North Santiam River. The SEIS at issue in this case is the National Environmental Policy Act analysis associated with that operation and maintenance plan.

17. The environmental review for these operations examined turbidity in detail. Across the SEIS, the Corps analyzed the turbidity effects of the Detroit drawdown and designed the operation to reduce them based on what it learned from earlier drawdowns elsewhere in the system at Green Peter, Fall Creek, Cougar, and Lookout Point Dams. The Corps' first deep

drawdown at Green Peter Dam on the South Santiam River in fall 2023 caused severe downstream turbidity that drew widespread demands for change. In 2024, the Corps redesigned the Green Peter drawdown based on those lessons and, working with downstream cities and the state of Oregon, developed the Deep Drawdown Emergency Response and Communications Plan specifying the chain of communications and procedures the Corps would follow if turbidity threatened downstream water systems. On November 22, 2024, when the cities of Sweet Home, Lebanon, and Albany reported that turbidity was placing their water treatment facilities at risk, the Corps halted the Green Peter drawdown ahead of schedule, reducing outflows to the minimum permissible rate. The Corps was able to act quickly after receiving the cities' notifications specifically because the response plan was in place. By 2025, the Corps had further refined the Green Peter operation; the drawdown ran its course and refill began in early December, with downstream water systems successfully managing the associated turbidity.

18. The Detroit Dam drawdown reflects the lessons learned from drawdown operations at Green Peter, Lookout Point, and Fall Creek dams. The ROD adopts a stepwise, incremental approach: the drawdown will begin in late November or early December, last approximately two weeks, and step the reservoir lower gradually over a three-year period rather than dropping to the 1,395-foot target elevation in the first year. In the first year, the Corps will lower the reservoir to an elevation it has reached in previous operations without downstream users reporting concerning turbidity. Modeling performed by the Corps and disclosed in the SEIS indicates that even at the lowest drawdown elevation, the residual reservoir pool will maintain a larger footprint relative to that at Green Peter and therefore expose a significantly smaller area of sediment to potential mobilization while providing increased settlement in the residual pool. The expected result is that less sediment will be mobilized during the drawdown of Detroit Reservoir

as compared to that of Green Peter during drawdowns in 2023 and 2024. The Corps will monitor turbidity in real time throughout the operation and can modify, pause, or cease the drawdown if turbidity threatens downstream drinking water systems. The turbidity effects the plaintiffs raise were studied and addressed through the very environmental review process they now ask the Court to set aside or reopen.

19. The 2026 ROD adopts interim operations only. The ROD states that the Corps is reinitiating ESA Section 7 consultation with the National Marine Fisheries Service to reconsider long-term fish passage solutions at these dams. I understand that Marion County's complaint asks the Court to compel the Corps to complete the turbidity study required under the Water Resources Development Act of 2024; set aside the ROD; and prohibit the Corps from conducting the Detroit deep drawdown until the Corps completes the turbidity report and a new SEIS.

20. The Native Fish Society is concerned with any relief that would delay or undo the operations the ROD directs, including the Detroit reservoir drawdown. Those operations are required by the 2024 Biological Opinion and are necessary to the survival and recovery of UWR salmon and steelhead. We oppose any order that would delay or prevent them.

21. The Native Fish Society litigated for years to compel the Corps to stop delaying the implementation of fish-passage measures in this basin. This lawsuit, which seeks an order delaying or undoing the operations the ROD directs, would, in effect, reintroduce the very delay we worked to end, by postponing implementation of a key measure for downstream passage through Detroit Dam. Each season of delayed implementation prolongs the dam operations that harm these ESA-listed populations and the interests of our members who depend on their recovery. The disposition of this action may therefore impair or impede the interest the Native Fish Society has worked for years to secure.

22. During my childhood, I spent extensive time recreating, exploring, fishing, and learning in the rivers of the Willamette River Basin, including the North Santiam, South Santiam, McKenzie, and Middle Fork Willamette watersheds. As an adult, I continue to frequent these rivers. I make several trips each year to the North Santiam and other Upper Willamette watersheds, both in the course of my employment and for personal recreation. I visit these areas for personal recreation given my deep and longstanding connection to native salmonids in these waters and enjoy hiking, camping, fishing for resident trout, and looking for fish during these trips. I have floated by boat the lower North Santiam and mainstem Santiam rivers multiple times. On these occasions, I have fished for resident trout and my family has observed juvenile salmonids by donning snorkel masks and bobbing around in the shallows and side channels. We intend to continue to visit these lower reaches of the Santiam River to introduce our child to the joys of spending warm days on and in these waters. Every fall, my family camps along the Breitenbush or North Santiam rivers above Detroit Dam where we look for the carcasses of spawned out spring Chinook salmon and celebrate the next generation of fish we hope will return to these waters. I plan to continue this tradition again this fall.

23. Over my life along, upon, and in these waters, I have witnessed a marked decline in wild, native salmon and steelhead. My recreational, aesthetic, and spiritual interests are harmed when I visit these watersheds and do not experience wild salmon and steelhead in abundance, or do not experience them at all. My family and I no longer fish for salmon or steelhead in the UWR basin given their precarious state, and this brings me a deep and abiding sadness. I intend to continue visiting these watersheds to fish for trout, hike, swim, and camp, in the hope of one day experiencing Chinook salmon and winter steelhead in abundance again.

24. The harm I describe is similar to that faced by other Native Fish Society members and River Stewards who use these same waters, and it is deepened, not remedied, by operations that perpetuate the decline of these fish or by delay in the measures that would relieve it.

25. The Native Fish Society's specific interest in this case—the recovery of wild, native salmon and steelhead and the maintenance of effective fish passage at these dams—is narrower and more specific than the interests of any existing party. The Corps operates the Willamette Valley Project under a broad, multiple-use mandate that requires it to balance flood-risk management, water supply, hydropower, recreation, and other uses against fish passage. The Native Fish Society's interest is singular and undivided: the survival and recovery of these fish. The Corps cannot be relied upon to represent that interest as its own.

26. My years of close engagement on this issue give me particular reason for concern. I have seen the Corps fail time and again to undertake fish-passage and water-quality work it had a legal mandate to accomplish, and to do so on the timelines required. It was the Corps' failure to implement required measures that compelled the Native Fish Society to bring suit in the first instance. An agency with that record, defending a plan for passage operations it long resisted, cannot be presumed to defend it vigorously, and may have its own institutional reasons to accept delay.

27. I am also concerned about the prospect of settlement. The Native Fish Society wishes to have a role in this litigation and in any settlement discussions, to ensure that the interest in effective and timely fish passage is not traded away or deferred in a resolution between the existing parties.

28. For these reasons, the Native Fish Society has determined that it is essential to intervene and obtain party status in order to protect its own and its members' interests in the

recovery of wild salmon and steelhead and in the timely and effective implementation of fish passage at the Willamette Valley Project dams, including the integrity of the environmental review and decision-making process through which those measures are carried forward, and to present relevant information on the issues raised in this litigation.

29. The Native Fish Society and our members and River Stewards share a vision of abundant, wild fish returning to a healthy and thriving Willamette River basin that supports the cultural, economic, social, and ecological needs of our communities. We will only realize that vision if the measures necessary to pass these fish past the dams are carried out without further delay. I respectfully submit that the harm to the basin's wild salmon and steelhead, and to the Native Fish Society and its members, can be avoided if the Native Fish Society is permitted to intervene and to be heard on the relief sought in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2026, in Canby, Oregon.

/s/Jennifer Fairbrother