Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
2512 SE 25th Ave., Suite 304
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

*Attorneys for Defendant-Intervenors*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

**MARION COUNTY,** a Political Subdivision of the State of Oregon,

Plaintiff

v.

**U.S. ARMY CORPS OF ENGINEERS, DANIEL P. DRISCOLL,** in his official capacity as Secretary of the Army, and **WILLIAM H. GRAHAM, JR.**, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers**,**

Defendants.

**Case No.** 6:26-cv-956-MC

**DECLARATION OF KARL G. ANUTA**

I, Karl G. Anuta, declare as follows:

1. I make the following statements on the basis of personal knowledge. If called as a witness I would and could truthfully testify to all of these statements.

2. I am a resident of Portland, Oregon. I have lived in Oregon for over five decades. I live in Oregon in large part because of the natural resources that are readily accessible here, including, but not limited to, the Willamette River's populations of wild salmon and steelhead. For decades I have lived in close proximity to the Willamette River, including a historic home located three blocks from Willamette Park, and most recently, a property that overlooks the river. My wife and I keep our canoe and our two sea kayaks at a Marina right on the Willamette. We periodically walk down the bike path to the Marina and launch one or more boats into and paddle up and down the Willamette River.

3. I am a member and supporter of the Northwest Environmental Defense Center ("NEDC"). I have volunteered for NEDC for over four decades. I am currently a member of the organization's Board of Directors, and have been for roughly 40 years. I served as the President of the Board of Directors for more than twenty-five years. NEDC is an independent, non-profit environmental organization dedicated to protecting the environment and natural resources of the Pacific Northwest. NEDC was founded more than fifty years ago by law professors, law students, and others at Lewis & Clark Law School and now has hundreds of members and supporters throughout the Pacific Northwest.

4. As a member of NEDC I have volunteered extensive amounts of my time in support of the organization. I have done so in part because of NEDC's work to protect the Willamette Basin's water quality and the threatened and endangered species of anadromous fish that use the river. I have worked on or encouraged NEDC to pursue cases of different types that

are aimed at helping improve the health of the Willamette River and the species that live there. That includes supporting NEDC's 2007 lawsuit that challenged the U.S. Army Corps of Engineers' failure to complete consultation under the Endangered Species Act ("ESA") several years after Upper Willamette River ("UWR") Chinook salmon and steelhead were listed as threatened under the Act, to assess impacts to the fish from operation of the Corps' dams in the Willamette Basin. Through that lawsuit, NEDC forced the agency to complete consultation, which resulted in the National Marine Fisheries Service ("NMFS") issuing a Biological Opinion in 2008 that determined that the operation of the Willamette Dams system was jeopardizing the continued existence of UWR Chinook salmon and steelhead.

5. I was also involved in NEDC when NEDC successfully sued the Corps for failing to implement the Reasonable and Prudent Alternative Measures set forth in the 2008 Biological Opinion. NEDC's success in that lawsuit resulted in tangible operational improvements that are necessary to ensure the continued existence of the ESA-listed species that I care deeply about. I understand that that litigation ultimately resulted in a new Biological Opinion, the "2024 Biological Opinion."

6. I am also aware that NEDC has remained engaged in advancing operational measures that concern ESA-listed species' access to effective downstream passage past the Army Corps' dams in the Willamette Basin. I know that these measures include deep reservoir drawdowns for volitional passage and are contemplated in the 2024 Biological Opinion. That Opinion was an outgrowth of NEDC's litigation efforts.

7. Indeed, the 2024 Biological Opinion makes it clear that the deep drawdowns are an operational action that is necessary to ensure that ESA-listed species have effective

downstream passage. In short, those drawdowns are necessary to ensure that the Corps' operation of the Willamette Valley dams complies with the ESA.

8. One of these deep drawdowns is to occur at Detroit Dam this fall. I am aware that the Draft Environmental Impact Statement ("DEIS") and Supplemental Environmental Impact Statement ("SEIS"), both of which were prepared pursuant to the National Environmental Policy Act ("NEPA"), and both of which NEDC commented on, contemplate the operational measures concerning fish passage and ESA compliance.

9. I am aware that Marion County's complaint seeks to challenge the Corps' SEIS and Record of Decision, and prohibit the Detroit deep drawdown from occurring until a new SEIS is completed.

10. I am concerned that Marion County's preferred relief would hinder or harm NEDC's historic efforts to secure long-term passage for ESA-listed species, which currently includes the Detroit Lake drawdowns. Put simply, NEDC litigated for years to bring the Willamette Project dams into compliance with the ESA. NMFS, the expert fishery agency, has repeatedly determined that downstream passage is a critical element in ensuring that these dams do not continue to jeopardize the listed species that I care deeply about.

11. Any delay in conducting the deep drawdown at Detroit Dam will delay improvements to juvenile migration downriver and continue the high level of mortality and injury experienced under existing operations. Thus, I am very worried that Marion County's litigation will not only harm NEDC's advocacy, but will also harm my interest in seeing the recovery of these species throughout the Willamette Basin.

12. The Willamette Basin's wild populations of spring Chinook and winter steelhead are immensely important to me. I am an avid fisherman. One of the things that originally hooked

me on staying in Oregon after college was the presence of salmon and steelhead—as well as feisty trout—in so many easily accessible Oregon waters.

13. I have significant recreational and aesthetic interests in the mainstem Willamette River and the wild salmon and steelhead that pass through these waters. I used to regularly launch my canoe at Willamette Park or Sellwood Park and paddle and troll for salmon or steelhead in the Sellwood area of the Willamette mainstem. It was a lovely way to get some steady but modest exercise, while thinking through a complex problem or troubling issue. Now that I am aware of how imperiled these species are, and what sort of increased mortality results from catching such fish, I no longer fish for salmon and steelhead in the Willamette mainstem. I would love to do so, and if those runs were no longer on the verge of collapse, I would be fishing for them regularly.

14. I also regularly visit and enjoy the Upper Willamette River and its tributaries. I have developed significant recreational and aesthetic interests in these waters and their wild Chinook salmon and steelhead populations. For example, I have periodically visited the North Fork of the Middle Fork Willamette River, which has its headwaters at Waldo Lake. When I visit the North Fork, I camp, hike, and/or fish the river.

15. Similarly, I regularly visit the North Fork Santiam River, where I also hike, camp, and fish. That normally occurs in May or June. I frequently drive that area, and considered fishing but chose not to, due to the precarious state of the fish populations in the basin. One of my favorite trips that I take is what I call my “trifecta trip.” I will drive over Mt. Hood to the Deschutes River, and fish for trout there. Then I go camp on the Metolius River and fish there for two days. Then I get up and come back along the North Santiam, and stop and fish it at a number of places—from very high up where it is just a small stream all the way down to right above the

Detroit Reservoir (where, when the lake is drawn down, an old small waterfall appears right below the Santiam Flats Campground).

16. It is three stunning rivers, in three days. Thus, the nickname. The last time I completed this trip was early June of 2026. I intend to do that trip again next spring. I intend to continue this trifecta and camping and fishing in these areas (including the North Santiam and Detroit Reservoir) for as long as I am able.

17. I know that historically a great number of wild spring Chinook and steelhead returned to the North Santiam each year. When I visit the North Santiam, and I view the prime salmon habitat there, I am deeply saddened that Willamette Project dams have blocked access to that and other habitat in the basin. I am also very deeply frustrated that the Corps historically had not timely modified the operation of those dams in order to comply with the ESA. That said, I believe that, if the Corps meaningfully implements the recommendations for fish passage in either the 2008 or 2024 Biological Opinions, it will have tangible benefits for these species and likely for the overall water quality of the Willamette Basin.

18. I understand that some adult fish are being passed above the dams on the North Santiam. However, despite the presence of magnificent habitat above the dams, I have never seen spring Chinook or winter steelhead in those waters.

19. The knowledge that very few spring Chinook and/or winter steelhead are able to return to these historic upper tributary spawning grounds, and the knowledge that the numbers of fish returning to this sub-basin is but a small fraction of their historic totals, causes significant harm to my aesthetic interests in these rivers. When I visit the North Santiam, or any of the Upper Willamette tributaries, I am constantly aware of what great habitat these rivers contain, and how they should be loaded with salmon and steelhead. Then the next thought is almost

always the same sad and frustrated one: Damn, I wish I could have seen this river before the dams, back when the runs were at their peak! However, I then think: You know, if these dams were actually managed in a manner that was not as harmful to these fish, maybe I will live to see at least a modest if not a significant increase in the number of fish in these rivers.

20. NMFS has not only confirmed this is possible, they have articulated how it can be done. The Corps just needs to implement those actions, one of which is the Detroit deep drawdown.

21. I plan to continue making regular trips to the North Santiam for as long as I am able. My next trip is likely to be this fall or next spring. The harm to my aesthetic interest in these waters and species would be greatly alleviated if the decline in wild Chinook salmon and steelhead in these rivers was reversed, and these populations were to have the opportunity to recover. It would bring me great joy to see and experience wild Chinook salmon and steelhead in these upper Willamette tributaries.

22. The fact that the Willamette Project dams and their operations have blocked so much of the basin's salmon and steelhead habitat, and otherwise contributed to these species' declines, also harms my recreational interests. I would love to view these iconic fish in their historic habitats, or even fish for them if their populations recover to a sustainable level. I would like to view or fish for those lovely wild fish with my children (or if they someday come into being, my grandchildren). It is quite frustrating to realize these dams are still frustrating my ability to do these things.

23. Generally speaking, my increased concern for the future of wild Chinook salmon and steelhead in the Willamette River and its tributaries interferes with my use and enjoyment of the entire watershed. I enjoy recreating in the mainstem Willamette and its tributaries less than I

otherwise would, because of (1) the knowledge that these species' numbers continue to decline, and (2) the knowledge that the dams could be managed in a manner that could slow, or even stop, these declines.

24. I understand that a primary factor in the continued decline of wild Chinook salmon and steelhead in the Willamette Basin, including in the areas I like to recreate such as the North Santiam, is due to the operation and maintenance of the Willamette Project dams. These dams continue to jeopardize the species that I care so deeply about. Marion County is trying to prevent an operation that could improve the North Santiam Chinook salmon and steelhead populations. Preventing the Detroit drawdown would cause significant harm to my recreational and aesthetic interests.

25. I am not a trained fish biologist. However, it seems clear from the Biological Opinions that these dams—and their lack of fish passage—are causing significant harm, while contributing little-to-nothing to our energy system. From an ecological perspective, the expert agency has determined unequivocally that providing downstream passage for juvenile fish through Project reservoirs and dams in the Middle Fork Willamette subbasin, the McKenzie subbasin, and North and South Santiam subbasins is essential for their survival. Additionally, it is imperative that there are substantial changes in the dams' operation to improve water quality and water flow below Project dams, which would also include improved operational monitoring and reporting requirements.

26. As described, I would love to experience these wild fish with my now grown children, and eventually their children as well. As I grow older, I am acutely aware that each day that passes where I don't get the chance to fish for or to watch wild salmon or steelhead by myself or with others I love, is a lost opportunity that can never be replaced. I am deeply

saddened at the thought that these fish runs could disappear, and I would no longer have the opportunity to share these experiences with my family and/or friends. Each year in which these fish species continue to decline, and significant, timely, and meaningful changes are not made to the operations of these dams to protect habitat and restore these species' numbers, causes irreparable harm to my recreational and aesthetic interests.

27. Ensuring that the planned for and the ESA required drawdowns take place is highly important. I am very concerned about the goal of the Marion County litigation to prevent the Detroit drawdown when all the scientists agree drawdowns are critical to efforts to restore these listed fish species.

28. I depend on NEDC to protect my recreational and aesthetic interests, and I believe that NEDC's advocacy concerning the Corps' operation of the Willamette Project dams helped safeguard my interest in protecting the listed species I care deeply about. I rely on NEDC's advocacy to ensure that the fruits of its historic litigation—including the implementation of the drawdowns at Detroit Lake—are realized. If NEDC is unable to intervene and the necessary drawdowns are not implemented, my interests will be harmed.

29. Given NEDC's longstanding history of litigation against the Corps, and the Corps' consistent refusal to take necessary and legally-required actions to protect UWR salmonids, the Corps cannot adequately represent NEDC's interests in protecting these fish. Indeed, the Corps was long overdue in fulfilling its ESA obligation to complete consultation for its WVS operations until NEDC sued the Corps and others in 2007. And after that consultation was finally complete, the Corps largely ignored critical fish passage measures required by NMFS's 2008 BiOp until NEDC sued again in 2018. It then took NEDC several years of litigation to secure a sweeping court injunction that forced the Corps to implement critical and long-overdue

operational measures such as deep drawdowns to aid in fish passage. Although the Corps has finally committed to implementing these measures in its ROD, given the Corps' history of refusing to follow-through on legally-required actions, NEDC cannot be assured that the Corps will do so now – nor that the Corps will defend operational fish passage measures in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of July 2026 in Portland, Oregon.

s/ *Karl G. Anuta*

Karl G. Anuta