STEVE ELZINGA, OSB #123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
MICHELLE TEED, OSB #994398
Sr. Assistant Legal Counsel
*mteed@co.marion.or.us*
555 Court Street N.E., Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Attorneys for County of Marion

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARION COUNTY, a Political Subdivision of the State of Oregon,

Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS, DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, and WILLIAM H. GRAHAM, JR., in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers,

Defendants.

Case No. 6:26-cv-00956-MC

**DECLARATION OF STEPHEN ELZINGA IN SUPPORT OF MARION COUNTY'S MOTION FOR PRELIMINARY INJUNCTION**

I, Stephen Elzinga, under penalty of perjury declare that the following is true and based upon my personal knowledge:

1. I am over the age of 18. I make the statement below freely and not for compensation.

2. This Declaration is offered for purposes of the lawsuit filed by Marion County, Oregon against the Defendants listed above.

3. Four members of Congress – United States Senators Ron Wyden and Jeff Merkley and Congresswomen Janelle Bynum and Andrea Salinas – sent a letter dated July 13, 2026 to Federal Defendants regarding the proposed Detroit Lake drawdowns. They requested:

> Given the risks identified in the SEIS and the current status of affected water systems, we request that the Corps delay implementation of the Detroit Reservoir deep drawdown until affected providers have completed necessary upgrades, alternative supply measures, and emergency preparedness actions sufficient to protect public health and maintain reliable drinking water service.

This letter was forwarded to me by email after being provided by Congresswoman Bynum's office, and as such it is a record kept in the ordinary course of the County's business. This letter is attached hereto as Exhibit 1 and is also available at https://bynum.house.gov/sites/evo-subsites/bynum.house.gov/files/evo-media-document/letter-to-usace-on-detroit-reservoir-drawdown.pdf (accessed Aug. 9, 2026).

4. The United States Geological Survey maintains a website with historical water monitoring data. It shows that, in 2015, Federal Defendants took 32 days from September 29 to October 30 to slowly drop from 1450 minimum conservation pool down to 1425, and then they stayed at 1425 for only one day before immediately climbing back to 1450 by November 19. This information is available here: https://waterdata.usgs.gov/monitoring-location/USGS-14180500/#dataTypeId=continuous-62614-0&showMedian=true&showFieldMeasurements=true&startDT=2015-09-01&endDT=2016-04-01 (accessed Aug. 9, 2026).

5. The United States Geological Survey's website with historical water monitoring data also shows that, in 2019, Federal Defendants took 36 days from November 20 to December 26 to



Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220

slowly drop from 1450 minimum conservation pool down to 1425, and then they stayed in the 1423-1425 range for five days until January 1 before quickly climbing back to 1440 by January 11 and 1450 by January 21. This information is available here: https://waterdata.usgs.gov/monitoring-location/USGS-14180500/#dataTypeId=continuous-62614-0&showMedian=true&showFieldMeasurements=true&startDT=2019-09-01&endDT=2020-04-01 (accessed Aug. 9, 2026).

6. Records of the U.S. Army Corps of Engineers were obtained from their website and are believed the true and accurate duplicates of the records published by the federal Defendants. (*See* https://www.nwp.usace.army.mil/WVS-EIS/, accessed August 7, 2026).

7. The Army Corps issued a Record of Decision ("ROD") on June 23, 2026, pertaining to their Supplemental Environmental Impact Statement ("SEIS") on their plans to drain Detroit Lake. This ROD is attached hereto as Exhibit 2.

8. The Army Corps issued a SEIS pertaining to the draining of Detroit Lake on May 22, 2026. This SEIS is attached hereto as Exhibit 3.

9. The Army Corps issued a Record of Decision ("ROD") on May 13, 2025, pertaining to their Environmental Impact Statement ("EIS") on their plans to drain Detroit Lake. This ROD is attached hereto as Exhibit 4.

10. The Army Corps issued an EIS pertaining to the draining of Detroit Lake on April 11, 2025. This EIS is attached hereto as Exhibit 5.

9. Federal Defendants cite to a biological opinion issued by the National Marine Fisheries Service on December 26, 2024 in making their plans for annual deep drawdowns at Detroit Lake. A copy of this 2024 biological opinion is attached hereto as Exhibit 6, which was found at: https://www.fisheries.noaa.gov/s3//2025-05/wcro-2023-00324-willamette-valley-



Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220

system-20241226.pdf (accessed August 7, 2026).

11. The Oregon Secretary of State, Oregon Blue Book lists Marion County as the fifth most populous in Oregon, with a population of 347,798 as of 2024. This information is available here: https://sos.oregon.gov/blue-book/government/Pages/county-population.aspx (accessed Aug. 9, 2026).

12. The State of Oregon's Employment Department tracks a wide variety of economic data and indicates that Marion County is one of the top agricultural counties in Oregon, with agricultural product sales of $874.6 million in 2022. This information is available here: https://www.qualityinfo.org/-/sweat-and-sunshine-a-farmer-s-recipe-2022-census-of-agriculture-for-oregon (accessed Aug. 9, 2026). This information is also available from the United States Department of Agriculture Report, 2022 Census of Agriculture, which is available here: https://www.nass.usda.gov/Publications/AgCensus/2022/Online_Resources/County_Profiles/Oregon/cp41047.pdf (accessed Aug. 9, 2026).

13. The National Oceanic and Atmospheric Administration, National Weather Service, Climate Prediction Center issued an alert on July 9, 2026 that "El Niño continues and will strengthen through the end of the year, with a 97% chance it will persist through early spring 2027." It also said that "There is an 81% chance of a very strong El Niño during October-December [Fig. 8] that would rank among the largest El Niño events in the historical record going back to 1950." This information is available here: https://www.cpc.ncep.noaa.gov/products/analysis_monitoring/enso_advisory/ensodisc.shtml (accessed Aug. 10, 2026). A screenshot of the referenced Figure 8 is below, which is available here: https://www.cpc.ncep.noaa.gov/products/analysis_monitoring/enso_advisory/figure08.gif



Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220




Figure 8. ENSO strength probabilities for the Niño-3.4 relative sea surface temperature index (5°N-5°S, 170°W-120°W) minus tropical mean (20°N-20°S). The relative index is re-scaled to match the variance of the traditional index. Figure updated 9 July 2026. Higher resolution image/table: https://cpc.ncep.noaa.gov/products/analysis_monitoring/enso/roni/strengths/

14. The United States Department of Agriculture Northwest Climate Hub advises that, in Oregon, "fall and winter are usually warmer and drier during El Niño events." This information is available here: https://www.climatehubs.usda.gov/hubs/northwest/topic/el-nino-northwest-what-can-we-expect (accessed Aug. 9, 2026).

15. The Statesman Journal reported the following: In 2015, when Detroit Lake was unable to normally refill, the town and environment suffered. Tourism heavily declined, docks had to move out, and during the annual "free fishing" weekend in June, there wasn't even enough water to allow for fishing. When asked in 2015 to comment on the drought and their contribution to the water spillages, Amy Echols, the deputy chief of public affairs for the Portland District of the U.S. Army Corps of Engineers said that "[b]y the time we started filling,

the rain just never showed up. It was dry early and stayed that way," and further stated that "There's no way for people to know the water is coming." This information is available here: https://www.statesmanjournal.com/story/news/2015/10/30/rain-wont-change-plans-detroit-dam/74905010/ (accessed Aug. 9, 2026).

16. I wanted to confirm the validity of the following picture submitted into SEIS public comments. I found a copy in a Statesman Journal article: *'This is serious': Detroit Lake drawdown could bring drinking water shortfall in Salem, Stayton* from March 6, 2025.



The article said the image showed "the confluence of the North and South Santiam rivers in autumn of 2023, caused by the drawdown of Green Peter Reservoir" and creditied "Brian Stone Photography LLC." The article is available here: https://www.statesmanjournal.com/story/news/2025/03/06/detroit-lake-reservoir-drawdown-drinking-water-salem-stayton/81371127007/ (accessed Aug. 9, 2026).



Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220

17. The United States Geological Survey's website with historical water monitoring data also shows that, after the low lake level in fall 2015, it took until April 1, 2016 to reach the spillway crest level of 1541 and hit a maximum level just under 1556 in early May. This information is available here: https://waterdata.usgs.gov/monitoring-location/USGS-14180500/#dataTypeId=continuous-62614-0&showMedian=true&showFieldMeasurements=true&startDT=2019-08-01&endDT=2020-08-01 (accessed Aug. 10, 2026). A screenshot of this data is below:






Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220

18. The United States Geological Survey's website with historical water monitoring data also shows that, after the low lake level in fall 2019, it took until May 4, 2020 to reach the spillway crest level of 1541 and then reached 1563.5+ only June 19-20. This information is available here: [https://waterdata.usgs.gov/monitoring-location/USGS-14180500/#dataTypeId=continuous-62614-0&showMedian=true&showFieldMeasurements=true&startDT=2019-08-01&endDT=2020-08-01](https://waterdata.usgs.gov/monitoring-location/USGS-14180500/#dataTypeId=continuous-62614-0&showMedian=true&showFieldMeasurements=true&startDT=2019-08-01&endDT=2020-08-01) (accessed Aug. 10, 2026). A screenshot of this data is below:



19. The United States Geological Survey's website with historical water monitoring data also shows that, in spring 2015, the lake level never reached the spillway level of 1541, instead maxing out just below 1510, or 31 feet below the spillway. This information is available here: https://waterdata.usgs.gov/monitoring-location/USGS-14180500/#dataTypeId=continuous-62614-0&showMedian=true&showFieldMeasurements=true&startDT=2019-08-01&endDT=2020-08-01 (accessed Aug. 10, 2026). A screenshot of this data is below:




**I hereby declare under penalty of perjury that the foregoing is true and correct.**

Dated this 10th day of August 2026.

s/ Steve Elzinga
Stephen Elzinga, County Counsel
Marion County, Oregon