UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARION COUNTY, a Political Subdivision of the State of Oregon,

Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS, DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, and WILLIAM H. GRAHAM, JR., in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers,

Defendants.

Case No. 6:26-cv-00956-MC

**DECLARATION OF MARGARET HUDSON ON BEHALF OF SANTIAM MEMORIAL HOSPITAL IN SUPPORT OF THE CITY OF STAYTON'S MOTION TO INTERVENE**

I, Margaret Hudson, under penalty of perjury declare that the following is true and based upon my personal knowledge or as indicated:

1. I am over the age of 18. I make the statement below freely and not for compensation.

2. I make this declaration on behalf of Santiam Memorial Hospital in support of the City of Stayton's Motion to Intervene.

3. Santiam Memorial Hospital is a public benefit, domestic non-profit entity, first registered with the Oregon Secretary of State to do business in Oregon in 1950. It does business

in part through Santiam Hospital & Clinics (collectively, "Santiam Hospital"). The hospital is located in Stayton, Oregon, and there are 12 clinics, including three satellite clinics in Aumsville, Mill City and Sublimity.

4. I am currently the President and CEO for Santiam Hospital. I joined Santiam Hospital & Clinics in 1993; prior to my appointment in 2020 to President and CEO, I served nearly 20 years as Santiam Hospital's CFO/COO.

5. My making of this declaration is authorized by the Santiam Hospital's Board of Directors.

6. The mission of Santiam Hospital is to provide quality healthcare to people who suffer from illness, injury, or disability and to promote the general health and welfare of the community through education, support, and medical service.

7. Santiam Hospital provides medical transport, clinic-based care, and hospital services to over 60,000 patients per year and employs over 700 people. Santiam Hospital provides a wide range of medical services, including in-patient medical-surgical care, obstetrical care, emergency care, surgery, ancillary support services, and primary and specialty care.

8. Santiam Hospital is an important user of water in the City of Stayton. It receives water through the City of Stayton's water system. Santiam Hospital uses approximately 20,000-30,000 gallons of water per day.

9. Santiam Hospital has major concerns with the Army Corps' new policy of annual deep drawdowns at Detroit Lake, especially how it risks the hospital's water supply.

10. Water is used in Santiam Hospital for staff, patients, and visitors; for hygiene, cleaning, and sanitation; for fire suppression through sprinklers, which are required by the Fire Code, and for other purposes.

11. Due to both logistical issues and regulations that apply to hospitals, Santiam Hospital could not operate if the City of Stayton had to turn off municipal water supply and the hospital were unable to secure an alternative water source. The medical impact would be devastating.

12. If the City's water is turned off, Santiam Hospital will not be able to serve the medical needs of the people of Stayton and surrounding areas, including emergency care and life-sustaining treatments.

13. If Santiam Hospital were to close, even for just a few days, patients would need to be transferred and new patients needing hospital care would have to go to Salem or further, or go without treatment. I do not believe that medical facilities in Salem have enough capacity to cover the full influx of patients that would occur if Santiam Hospital paused operations, which means that some patients would have to go even further than Salem to receive treatment. Extended transport times to Salem or further would negatively impact the success rate of patient treatment. In short, patients would be harmed in a way that is irreparable, especially the most vulnerable.

14. The next closest hospital is the Salem Health Hospital in Salem, Oregon, which is approximately 16 miles away from Santiam Hospital. Santiam Hospital has received approval to combine with Salem Health, but this impending organizational change does not impact the issue of water consumption, use, or availability.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

Dated this 13th day of August 2026.

/S/
Margaret Hudson, MBA
Santiam Hospital President and Chief Executive Officer