ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

ASHLEY M. CERRITOS, OSB #165397
Trial Attorney
MARIO ALFONSO LUNA, D.C. Bar ID No. 90006479
Trial Attorney
ROMNEY S. PHILPOTT, Colo. Bar # 35112
Senior Trial Attorney
United States Department of Justice
Energy and Natural Resources Division
150 M St NE
Washington, D.C. 20044
(202) 532-5492 (Cerritos)
(202) 532-3357 (Luna)
(202) 532-5077 (Philpott)
Ashley.Cerritos@usdoj.gov
Mario.Luna@usdoj.gov
Romney.Philpott@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **MARION COUNTY,**<br><br>Plaintiff,<br>And<br><br>**SANTIAM WATER CONTROL DISTRICT** and **CITY OF STAYTON,**<br><br>Plaintiff-Intervenors<br><br>v.<br><br>**U.S. ARMY CORPS OF ENGINEERS,** et al.,<br><br>Defendants, | Case No. 6:26-cv-956-MTK (Lead Case)<br>Case No. 6:26-cv-1381-MTK (Trailing Case)<br><br>**DEFENDANTS' NOTICE REGARDING PLANNED DRAWDOWN** |

And
**NORTHWEST ENVIRONMENTAL DEFENSE CENTER** and **NATIVE FISH SOCIETY**,

Defendant-Intervenors.

**CITY OF SALEM,** an Oregon Municipal Corporation,

Plaintiffs,

And

**SANTIAM WATER CONTROL DISTRICT** and **CITY OF STAYTON**,

Plaintiff-Intervenors

v.

**UNITED STATES OF AMERICA**, and **UNITED STATES ARMY CORPS OF ENGINEERS**, an agency of the United States government**,**

Defendants,

And

**NORTHWEST ENVIRONMENTAL DEFENSE CENTER** and **NATIVE FISH SOCIETY**,

Defendant-Intervenors.

Given the pending motions for an injunction pending appeal, and out of an abundance of caution, Defendants hereby provide this notice and update to the Court that the United States Army Corps of Engineers may start the planned drawdown at Detroit Dam and Reservoir on Saturday, November 21, 2026 at 9:00am PST but would not start the drawdown before that time.

Respectfully submitted this 17th day of November 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

s/ Ashley M. Cerritos
ASHLEY M. CERRITOS, OSB #165397
MARIO ALFONSO LUNA
ROMNEY S. PHILPOTT
Trial Attorneys
U.S. Department of Justice
Energy and Natural Resources Division
150 M St NE
Washington, D.C. 20002
Tel: (202) 532-5492
Email: ashley.cerritos@usdoj.gov

*Counsel for Defendants*